IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO B. MATIAS, | No. C 12-6538 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| WARDEN, | |
| Defendant. | |

On December 27, 2012, Plaintiff, proceeding *pro se*, filed a motion to appoint counsel, which commenced this action. The same day, the Clerk notified Plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified Plaintiff that he failed to submit a complaint. Along with the deficiency notices, Plaintiff was provided with a new IFP application and instructions for completing it. In addition, Plaintiff was advised that his failure to file a complaint within thirty days would result in the dismissal of this action. On January 16, 2013, Plaintiff filed a completed IFP application. However, to date, Plaintiff has not submitted a complaint. Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 2/6/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.12\Matias538discomp.wpd